IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES L. WOOD )
)
v. ) NO. 3-14-0617
) JUDGE CAMPBELL
DAVID SEHORN, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 29), to which no Objections have been filed.[1] The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's first two Motions for a Preliminary Injunction and Temporary Restraining Order (Docket Nos. 3 and 6) are DENIED.

IT IS SO ORDERED.

                                                                                                                                                                                                                                    /s/ Todd Campbell
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that, since the filing of the Report and Recommendation, Plaintiff has filed another Motion for Preliminary Injunction and Temporary Restraining Order (Docket No. 33), a Motion for Order of Discovery (Docket No. 34), a Motion to Ascertain Status of Case (Docket No. 35), and a Motion to Compel Discovery (Docket No. 37). These matters are pending before the Magistrate Judge.