IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES L. WOOD )
)
v. ) NO. 3-14-0617
) JUDGE CAMPBELL
DAVID SEHORN, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 48). Since the filing of the Report and Recommendation, Plaintiff has filed a letter to the Court (Docket No. 50), three Declarations (Docket Nos. 53, 56 and 57), a Motion for Extension of Time (Docket No. 54) and a Motion for Appointment of Counsel (Docket No. 55).

The Motion for Extension of Time (Docket No. 54) and Motion for Appointment of Counsel (Docket No. 55) are referred to the Magistrate Judge for decision.

The Court has reviewed the Report and Recommendation, Plaintiff's Declarations, and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for a Preliminary Injunction and a Temporary Restraining Order (Docket No. 33) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE